Tuesday, March 4, 2025 at 12:27:00 Eastern Standard Time

**Subject:** Re: Checking in
**Date:** Tuesday, October 26, 2021 at 4:20:13 PM Eastern Daylight Time
**From:** Peter Kelman
**To:** Elliot Blumenthal
**CC:** 'Shmuel Spirgel', Peter Kelman

Elliot,

Thanks for the update.

All sounds good.

==My only concern is that the notice of appeal that I filed is still sitting out there, needing correction, so I don't want to blow any deadlines for filing a correction, if that is a course you pursue.  But I'm sure you have taken that into account.==

Again, if you need anything else from me, just let me know.

**Peter Kelman, Esq.**

ph:  (781) 684 – 8448
cl:   (508) 314 – 0943
fax: (781) 207 – 7897

230 Second Avenue, Suite 110
Waltham, MA  02451

www.kelmanlaw.com

---

**From:** Elliot Blumenthal <Elliot@eblumenthallaw.com>
**Date:** Tuesday, October 26, 2021 at 3:41 PM
**To:** Pbk Office <pkelman@kelmanlaw.com>
**Cc:** 'Shmuel Spirgel' <spirgellaw@gmail.com>
**Subject:** RE: Checking in

Peter,

Sam and I went over some ideas as to how to proceed.  At this point we need to review the summary judgment papers more thoroughly before we file anything.  Then (probably early next week) we will file the notice of appearance.  Once we file, the bullets start flying and we need to be ready to make a motion, serve and respond to discovery, etc.

We will keep you updated.

Elliot J. Blumenthal, Esq.
483 Chestnut  Street
Cedarhurst, New York 11516
Tel. (516) 295-0903
Tel. (516) 457-7893 (cell)

Fax (516) 706-3963
elliot@eblumenthallaw.com

**From:** peter kelman <pkelman@kelmanlaw.com>
**Sent:** Monday, October 25, 2021 5:10 PM
**To:** Elliot Blumenthal <Elliot@eblumenthallaw.com>
**Subject:** RE: Checking in

Thanks.

Peter Kelman
230 Second Avenue, Suite 110
Waltham, Mass.  02451

wk: (781) 684-8448
cl: (508) 314 - 0943
www.kelmanlaw.com

On Oct 25, 2021 4:50 PM, Elliot Blumenthal <Elliot@eblumenthallaw.com> wrote:

> Yes – thank you.  We will  file notice of appearance shortly.
>
>
> Elliot J. Blumenthal, Esq.
>
> 483 Chestnut Street
>
> Cedarhurst, New York 11516
>
> Tel. (516) 295-0903
>
> Tel. (516) 457-7893 (cell)
>
> Fax (516) 706-3963
>
> elliot@eblumenthallaw.com
>
>
> **From:** Peter Kelman <pkelman@kelmanlaw.com>
> **Sent:** Monday, October 25, 2021 4:36 PM
> **To:** Elliot Blumenthal <Elliot@eblumenthallaw.com>
> **Cc:** Peter Kelman <pkelman@kelmanlaw.com>
> **Subject:** Checking in
>
>
> Elliot,