
*Exhibit 5*

**Subject:** Discovery
**Date:** Monday, November 8, 2021 at 9:55:02 AM Eastern Standard Time
**From:** Elliot Blumenthal
**To:** Peter Kelman
**CC:** 'Samuel Spirgel, Esq.'

Peter,

How much, if any, discovery has there been? Have you exchanged document demands, etc.?

Elliot J. Blumenthal, Esq.
483 Chestnut Street
Cedarhurst, New York 11516
Tel. (516) 295-0903
Tel. (516) 457-7893 (cell)
Fax (516) 706-3963
elliot@eblumenthallaw.com