*Exhibit 7*

Tuesday, October 15, 2024 at 10:48:47 Eastern Daylight Time

**Subject:** Re: NYSCEF Notification: Nassau - Other Matters - Contract - Other - <NOTE OF ISSUE:WITHOUT JURY> 612270/2020 (Meltzer, Lippe, Goldstein & Breitstone, LLP v. Peter Kelman)
**Date:** Thursday, December 9, 2021 at 10:07:29 AM Eastern Standard Time
**From:** Peter Kelman
**To:** Elliot Blumenthal, 'Shmuel Spirgel'
**CC:** Peter Kelman

Ok, then I will not get anything signed today.

I am sure that McGowan is trying to rush this to trial without discovery because he does not want David Bamdad's deposition taken.

We must take that deposition.

Further, it is critical to me that Meltzer turns over all of its communications with other lawyers in the probate litigation matter. Stuff is happening in those cases and Bronwyn Black, the attorney to the public administrator, is getting a lot more power. And I think she had inappropriate communications with David Bamdad. I want to see all the emails between Bamdad and Black.

**Peter Kelman, Esq.**

ph: (781) 684 – 8448
cl: (508) 314 – 0943
fax: (781) 207 – 7897

230 Second Avenue, Suite 110
Waltham, MA 02451

www.kelmanlaw.com