
*Exhibit 8*

**Tuesday, October 15, 2024 at 10:49:45 Eastern Daylight Time**

---

**Subject:** Request to talk
**Date:** Tuesday, December 14, 2021 at 2:31:00 AM Eastern Standard Time
**From:** Peter Kelman
**To:** Elliot Blumenthal
**CC:** 'Shmuel Spirgel', Peter Kelman

Elliot:

Here is paragraph #5 from your statement of client's rights:

**5. You are entitled to have your questions and concerns addressed promptly and to receive a prompt reply to your letters, telephone calls, emails, faxes and other communications.**

I don't feel like you are fulfilling this obligation. I called you last week and today asking to talk, I have gotten no response. You haven't returned emails. I am concerned.

Furthermore, it seemed to me that ML filed their motion in part because you did not follow up after your letter to the judge to preempt that motion. I don't practice in New York, but I guess I don't understand the delays.

So when can we talk?


**Peter Kelman, Esq.**

ph: (781) 684 – 8448
cl: (508) 314 – 0943
fax: (781) 207 – 7897

230 Second Avenue, Suite 110
Waltham, MA 02451

www.kelmanlaw.com