FILED: NASSAU COUNTY CLERK 11/02/2023 12:05 PM
NYSCEF DOC. NO. 201
INDEX NO. 612270/2020
RECEIVED NYSCEF: 10/26/2023

*Exhibit 13*

SHORT FORM ORDER

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU   CIVIL  TERM   PART 16

Present:   HON. CHRISTOPHER G. QUINN
               Justice of the Supreme Court

---

MELTZER, LIPPE, GOLDSTEIN, BREITSTONE, LLP,

                              Plaintiff,    INDEX NO: 612270/2020

      -against-

PETER KELMAN,

                              Defendant.

---

Decision After Trial

The bench trial on the issue of damages in this action was held on October 5, 2023 and October 13, 2023. Both sides presented witnesses and exhibits for the Court's consideration.

Based upon the documentary evidence, the credible testimony, and arguments of counsel, the Court hereby awards plaintiff MELTZER, LIPPE, GOLDSTEIN, BREITSTONE, LLP damages in the amount of $203,464.50.

Plaintiff's request for sanctions is hereby Denied.

Plaintiff to submit judgment on notice within 20 days of the date of entry of this Order.

This constitutes the Decision and Order of the Court.

It is **SO ORDERED**.

Dated: OCT 26 2023

HON. CHRISTOPHER G. QUINN, J.S.C.

**ENTERED**
Nov 02 2023
NASSAU COUNTY
COUNTY CLERK'S OFFICE