**Subject:** RE: Meltzer lippe - notice of entry of judgement
**Date:** Tuesday, November 7, 2023 at 5:17:38 PM Eastern Standard Time
**From:** J. Douglas Barics
**To:** Peter Kelman

==30 days from the notice of entry. That cannot be extended except under dire circumstances, such as death of your attorney. I would not recommend that course of action==.

J. Douglas Barics
Law Office of J. Douglas Barics
(631) 864-2600
[www.jdbar.com](http://www.jdbar.com)

**From:** Peter Kelman <pkelman@kelmanlaw.com>
**Sent:** Tuesday, November 7, 2023 5:06 PM
**To:** J. Douglas Barics <lawyer@jdbar.com>
**Cc:** Peter Kelman <pkelman@kelmanlaw.com>
**Subject:** Meltzer lippe - notice of entry of judgement

Doug,

==Attached is notice of entry of judgment that was filed 11/2/23.==

==So what is the timetable for filing notice of appeal?==

My motion to renew my request for reconsideration of dismissal of my counterclaim was docketed 11/2/23 as well. See attached screen snapshot.

**Peter Kelman, Esq.**

[www.kelmanlaw.com](http://www.kelmanlaw.com)
ph:   (508) 314 – 0943

500 Unicorn Park Drive, Suite 300
Woburn, MA  01801