**Exhibit 17**

Tuesday, March 11, 2025 at 13:45:42 Eastern Daylight Time

**Subject:** RE: Meltzer lippe - notice of entry of judgement
**Date:** Tuesday, November 7, 2023 at 6:03:36 PM Eastern Standard Time
**From:** peter kelman
**To:** J. Douglas Barics
**CC:** Pbk Law Office

Agreed.

I will send you a list of the orders i would like list in the appeal.  You will have that by Friday

Thanks.


Peter Kelman
500 Unicorn Park Drive, Suite 300
Woburn, Mass.  01801

pkelman@kelmanlaw.com
www.kelmanlaw.com

wk: (508) 314 - 0943

On Nov 7, 2023 5:49 PM, "J. Douglas Barics" <lawyer@jdbar.com> wrote:

> I can do it for a flat time rate of one hour if you like.
>
>
> J. Douglas Barics
>
> Law Office of J. Douglas Barics
>
> (631) 864-2600
>
> www.jdbar.com
>
>
> ---
>
> **From:** peter kelman <pkelman@kelmanlaw.com>
> **Sent:** Tuesday, November 7, 2023 5:48 PM
> **To:** J. Douglas Barics <lawyer@jdbar.com>
> **Cc:** Pbk Law Office <pkelman@kelmanlaw.com>
> **Subject:** RE: Meltzer lippe - notice of entry of judgement

> Great.
>
> So I assume that I will list multiple dates each day being the date of an order that I am now appealing. Is that correct?
>
> Peter Kelman
> 500 Unicorn Park Drive, Suite 300
> Woburn, Mass.  01801
>
> pkelman@kelmanlaw.com
> www.kelmanlaw.com
>
> wk: (508) 314 - 0943
>
>
> On Nov 7, 2023 5:35 PM, "J. Douglas Barics" <lawyer@jdbar.com> wrote:
>
>> Here's all you need
>>
>> PLEASE TAKE NOTICE that the Plaintiff, PETER PLAINTIFF hereby appeals to the Appellate Division of the Supreme Court of the State of New York, Second Department, from each and every part of an ORDER made by the Hon. XXX  J.S.C. of the Supreme Court, XXXX County dated March 29, 2022, and entered herein in the office of the Clerk of the County of XXXX on March 29, 2022
>>
>>
>> J. Douglas Barics
>>
>> Law Office of J. Douglas Barics
>>
>> (631) 864-2600
>>
>> www.jdbar.com