*Exhibit 18*

| | |
|---|---|
| **Subject:** | Notice of settlement |
| **Date:** | Monday, November 13, 2023 at 11:47:07 AM Eastern Standard Time |
| **From:** | Peter Kelman |
| **To:** | J. Douglas Barics |
| **CC:** | Peter Kelman |
| **Priority:** | High |
| **Attachments:** | notice of settlement.pdf |

Doug,

I received the attached document in the mail Friday. Is this something I need to attend on November 16? I don't care at all about these costs, so I am not going to oppose this. I note that on page 3 of the attachment, McGowan signs an affidavit dated 11/16/23, which is in the future. He is a slob. I further note these is no certificate of service, so I don't know when he sent this to me. Was I supposed to receive some notice period?

When do you anticipate filing my notice of appeal?

Thanks.

**Peter Kelman, Esq.**

www.kelmanlaw.com
ph: (508) 314 – 0943

500 Unicorn Park Drive, Suite 300
Woburn, MA 01801