**<span style="color:red">_Exhibit 19_</span>**

**Thursday, September 19, 2024 at 19:44:45 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Notice of settlement -am I still your client |
| **Date:** | Thursday, November 16, 2023 at 9:40:11 AM Eastern Standard Time |
| **From:** | Peter Kelman |
| **To:** | J. Douglas Barics |
| **CC:** | Peter Kelman |
| **Priority:** | High |
| **Attachments:** | notice of settlement.pdf |

Doug,

I am troubled by the difficulty I have communicating with you. You don't return calls or emails. I don't think I ask much of you, but unless your communication with me is more reliable, I will be uncomfortable continuing with this. This email had a specific deadline and you did not respond to me. So I am left hanging.

==You told me you would file the notice of appeal. You haven't.==

==Please contact me to tell me what is going on.==

==Are you my attorney or not?==

Thank you.

**Peter Kelman, Esq.**

www.kelmanlaw.com
ph:  (508) 314 – 0943

500 Unicorn Park Drive, Suite 300
Woburn, MA  01801

---

**From:** Pbk Office <pkelman@kelmanlaw.com>
**Date:** Monday, November 13, 2023 at 11:47 AM
**To:** "J. Douglas Barics" <lawyer@jdbar.com>
**Cc:** Pbk Office <pkelman@kelmanlaw.com>
**Subject:** Notice of settlement

Doug,

I received the attached document in the mail Friday. Is this something I need to attend on November 16? I don't care at all about these costs, so I am not going to oppose this. I note that on page 3 of the attachment, McGowan signs an affidavit dated 11/16/23, which is in the future. He is a slob. I further note these is no certificate of service, so I don't know when he sent this to me. Was I supposed to receive some notice period?