*Exhibit 20*

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M294536
AFA/

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY, JJ.

2024-01760                           DECISION & ORDER ON MOTION

Meltzer, Lippe, Goldstein & Breitstone, LLP,
respondent, v Peter Kelman, appellant.

(Index No. 612270/2020)

Appeal from a decision of the Supreme Court, Nassau County, dated October 26, 2023.

On the Court's own motion, it is

ORDERED that the appeal is dismissed, without costs or disbursements, on the ground that no appeal lies from a decision (*see Schicchi v J.A. Green Constr. Co.*, 100 AD2d 509).

LASALLE, P.J., DILLON, DUFFY, BARROS and CONNOLLY, JJ., concur.

ENTER:

Darrell M. Joseph
Acting Clerk of the Court

February 28, 2024
         MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP v KELMAN