**Thursday, September 19, 2024 at 19:44:45 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Notice of settlement -am I still your client |
| **Date:** | Thursday, November 16, 2023 at 9:40:11 AM Eastern Standard Time |
| **From:** | Peter Kelman |
| **To:** | J. Douglas Barics |
| **CC:** | Peter Kelman |
| **Priority:** | High |
| **Attachments:** | notice of settlement.pdf |

Doug,

I am troubled by the difficulty I have communicating with you. You don't return calls or emails. I don't think I ask much of you, but unless your communication with me is more reliable, I will be uncomfortable continuing with this. This email had a specific deadline and you did not respond to me. So I am left hanging.

You told me you would file the notice of appeal. You haven't.

Please contact me to tell me what is going on.

Are you my attorney or not?

Thank you.

**Peter Kelman, Esq.**

www.kelmanlaw.com
ph:   (508) 314 – 0943

500 Unicorn Park Drive, Suite 300
Woburn, MA  01801

---

**From:** Pbk Office <pkelman@kelmanlaw.com>
**Date:** Monday, November 13, 2023 at 11:47 AM
**To:** "J. Douglas Barics" <lawyer@jdbar.com>
**Cc:** Pbk Office <pkelman@kelmanlaw.com>
**Subject:** Notice of settlement

Doug,

I received the attached document in the mail Friday. Is this something I need to attend on November 16? I don't care at all about these costs, so I am not going to oppose this. I note that on page 3 of the attachment, McGowan signs an affidavit dated 11/16/23, which is in the future. He is a slob. I further note these is no certificate of service, so I don't know when he sent this to me.  Was I supposed to receive some notice period?