

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

William T. McCaffery
Partner
wmccaffery@lbcclaw.com

Writer's Direct Dial
(516) 837-7369

July 17, 2025

*Via ECF*
Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Kelman v. Blumenthal, et al.*
              Docket No.   :      2:25-cv-02029
              Our File No.  :      169L-109810

Dear Judge Choudhury:

      This firm represents defendants, Elliot J. Blumenthal and Law Offices of Elliot J. Blumenthal, PLLC ("Blumenthal Defendants"), in the above referenced action. The claims in this action sound in legal malpractice.

      This letter is written to request a two-week extension of time under which the Blumenthal Defendants may serve their contemplated motion to dismiss from July 21, 2025 to August 4, 2025. The reason for the requested extension is twofold: 1) we are engaging in settlement dismissions with plaintiff and are awaiting a response from our carrier; 2) I have been out of New York State this week on a personal matter.

      Plaintiff's counsel has consented to my proposed extension and no previous requests for any extension have been made. Should your Honor entertain my request, it is respectfully requested that Plaintiff's time to submit an Amended Complaint and/or opposition to the Blumenthal Defendants' motion be extended from August 28, 2025 to September 1, 2025. Finally, the Blumenthal Defendants' time to serve a reply shall be extended from August 25, 2025 to September 8, 2025. By September 15, 2025, the Blumenthal Defendants must deliver to Chambers two courtesy copies of the fully briefed motion to dismiss, including exhibits.

100 Eagle Rock Avenue, Suite 220, East Hanover, NJ  07936
T. 973.428.4824  F. 973.428.1036

Thank you for your consideration.

                Respectfully submitted,

                William T. McCaffery

cc:   *Via ECF*
      Alexander E. Eisemann, Esq.
      Attorney for Plaintiff
      20 Vesey Street, Suite 400
      New York, NY 10590
      (212) 420-8300

      J. Douglas Barics, Esq.
      Law Office of J. Douglas Barics
      *Pro Se* Defendants
      57 Veterans Memorial Highway
      Commack, NY 11725
      (631) 864-2600

