

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

William T. McCaffery
Partner
wmccaffery@lbcclaw.com

Writer's Direct Dial
(516) 837-7369

August 4, 2025

*Via ECF*

Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

      Re:    *Kelman v. Blumenthal, et al.*
             Docket No.  :     2:25-cv-02029
             Our File No.  :     169L-109810

Dear Judge Choudhury:

     This firm represents defendants, Elliot J. Blumenthal and Law Offices of Elliot J. Blumenthal, PLLC ("Blumenthal Defendants").

     This letter is written to advise the Court that the Blumenthal Defendants have settled plaintiff's claims against them.  A settlement was reached today and the settlement documents are in the process of being prepared.  We will file a Stipulation of Voluntary Dismissal with the Court once the settlement is complete.  In light of the settlement, the Blumenthal Defendants will not file their pre-answer motion to dismiss that was otherwise due today.

                                                 Respectfully submitted,

                                                 William T. McCaffery

cc:    *Via ECF*
       Alexander E. Eisemann, Esq.
       Attorney for Plaintiff

       David J. Wood, Esq.
       Attorney for Defendant
       J. Douglas Barics