# ALEXANDER E. EISEMANN

ATTORNEY AT LAW

20 Vesey Street, Suite 400
New York, New York 10007

---

Tel: (917) 589-4500
Fax: (914) 533-2535
*aee@eislaw.com*
*www.eislaw.com*

August 12, 2025

**VIA ECF**

Honorable Nusrat J. Choudhury
United States District Court
 for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

>     Re:   Peter Kelman v. Elliott J. Blumenthal, et al.,
>           Civil Action No. 25-cv-02029-NJC-LGD

Dear Judge Choudhury:

I am counsel for plaintiff in the above-entitled action and write, respectfully, to request that the dismissal order entered earlier today be vacated or modified.

There are essentially two defendants in this action:

1) ELLIOT J. BLUMENTHAL and LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC (the "Blumenthal Defendants"); and

2) J. DOUGLAS BARICS

On August 4, 2025, counsel for the Blumenthal Defendants wrote your Honor to inform you that plaintiff had settled with his clients, the Blumenthal Defendants (ECF No. 25). Defendant Barics was not part of that settlement and plaintiff has not independently settled with him.

In the order entered earlier today, however, your Honor dismissed the entire action, including the still-pending claims against defendant Barics (ECF No. 26). That was apparently done in error and so I respectfully request that your Honor either vacate that order or modify it in a manner that leaves the claims against defendant Barics intact.

I thank your Honor for your courtesy in considering this request.

Respectfully submitted,

Alexander E. Eisemann

cc: All counsel of record
 (via ECF)