# ALEXANDER E. EISEMANN

ATTORNEY AT LAW

20 Vesey Street, Suite 400
New York, New York 10007

Tel: (917) 589-4500
Fax: (914) 533-2535
*aee@eislaw.com*
*www.eislaw.com*

August 29, 2025

**<u>VIA ECF</u>**

Honorable Lee G. Dunst
United States District Court
  for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: Peter Kelman v. Elliott J. Blumenthal, et al.,
          <u>Civil Action No. 25-cv-02029-NJC-LGD</u>

Dear Magistrate Judge Dunst:

      I am counsel for plaintiff in the above-entitled action. Pursuant to your Honor's direction, I write on behalf of my client and J. Douglas Barics, the only remaining defendant, to report that the parties have not been able to reach an agreement to settle this matter.

      Respectfully submitted,

Alexander E. Eisemann