UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PETER KELMAN,

                Plaintiff,

      v.

ELLIOT J. BLUMENTHAL, LAW OFFICES OF
ELLIOT J. BLUMENTHAL, PLLC, and
J. DOUGLAS BARICS,

                Defendants.
-----------------------------------------------------------X

Case No. 2:25-cv-02029

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for plaintiff, PETER KELMAN, and defendants, ELLIOT J. BLUMENTHAL and LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice as against defendants, ELLIOT J. BLUMENTHAL and LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 19, 2025

_____
Alexander E. Eisemann, Esq.
Attorney for Plaintiff
PETER KELMAN
20 Vesey Street, Suite 400
New York, NY 10590
(212) 420-8300

_____
William T. McCaffery, Esq.
L'Abbate, Balkan, Colavita
  & Contini, L.L.P.
Attorneys for Defendants
ELLIOT J. BLUMENTHAL and
LAW OFFICES OF ELLIOT J.
BLUMENTHAL, PLLC
3 Huntington Quadrangle, Suite 102S
Melville, New York 11747
(516) 294-8844

[6325366/1]