UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

PETER KELMAN,  :  STIPULATION
              Plaintiff,  :  SUBSTITUTING PLAINTIFF
                                                                                                   PRO SE FOR HIS COUNSEL
   -against-  :

ELLIOT J. BLUMENTHAL, LAW OFFICES OF  :  Civil Action No.
ELLIOT J. BLUMENTHAL, PLLC, and      25-cv-02029-NJC-LGD
J. DOUGLAS BARICS,  :

              Defendants.  :

----------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED that plaintiff Peter Kelman, Esq., is substituted as attorney of record, pro se, in place of Alexander E. Eisemann, Esq.

Dated: New York, New York
        September 23, 2025

_____      _____
ALEXANDER E. EISEMANN      PETER KELMAN
Counsel for Plaintiff      Pro se
20 Vesey Street, Suite 400      500 Unicorn Park Drive, Suite 300
New York, New York 10007      Woburn, Massachusetts 01801
(917) 589-4500      (508) 314-0943
aee@eislaw.com      pkelman@kelmanlaw.com

SO ORDERED:

_____      _____
                                                Date