# PETER KELMAN, ESQ.
ATTORNEY AT LAW
500 UNICORN PARK DRIVE, SUITE 300
WOBURN, MASSACHUSETTS 01801

_____

Www.KELMANLAW.COM      PHONE: (508) 314 - 0943
PKELMAN@KELMANLAW.COM

*Via ECF*

February 10, 2026

Honorable Lee Dunst
United States District Magistrate
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:**     **Kelman v. Barics, et al., Docket No. : 2:25-cv-02029**

Dear Magistrate Dunst:

I am submitting this letter in response to your order dated February 9, 2026.

As requested, I am attaching as three exhibits those three documents I identified in my pre-motion letter (DE #37) dated January 11, 2026. Those three documents are:

- **Exhibit 1** – Fully executed engagement letter between Plaintiff and Defendant, dated August 22, 2023 (1 page);

- **Exhibit 2** – Email thread between Plaintiff and Defendant, from November 7, 2023, which Plaintiff maintains created a contract between the parties whereby Defendant would prepare, no later than December 2, 2023, a Notice of Appeal for Plaintiff for $450 (5 pages, highlighting added); and

- **Exhibit 3** – Email from Plaintiff to Defendant, dated November 16, 2023, in which Plaintiff inquired about Defendant's failure to communicate with him about the Notice of Appeal Defendant had agreed to prepare. Defendant maintains this email terminated his representation of Plaintiff and relieved Defendant of his obligation to prepare the Notice of Appeal (1 page).

The irony of these events and the insurmountable problem for the Defendant is that the Notice of Appeal Defendant had agreed to prepare, but which Plaintiff subsequently prepared and filed, was invalid *ab initio*. As described in Plaintiff's First Amended Complaint, ¶¶ 67 – 73, the trial court's

1

decision that Plaintiff sent to Defendant in an email on November 7, 2023 at 5:06 p.m. (see **Exhibit 2,** page 7 of this letter) was not an appealable event under New York state law. In his answer to Interrogatory #10, Defendant admits that he never read the email attachment Plaintiff sent, and that all the advice Defendant gave to Plaintiff in the exchange of emails on November 7, 2023 was provided without reading trial Judge Quinn's decision. In his Interrogatory Answer #10, Defendant offers as an explanation for not reading the attachment that he was busy at that time with another client's appeal. After filing that appeal, Defendant prioritized other client assignments, and apparently, Plaintiff's work failed to make the cut meriting Defendant's attention. Defendant admits in Interrogatory Answer #10 that he never read the Judge Quinn decision during his engagement with Plaintiff.

Further, by this letter I certify that I seek no further discovery (including depositions) from Defendant or any non-party.

If any other information is needed, I would be pleased to provide it to the Court.


Sincerely yours,

*[signature]*

Peter Kelman
Enc. (as described)

Cc:   David Wood, Esq., attorney for Defendant (Via ECF and email)

# J. DOUGLAS BARICS
Attorney at Law
357 Veterans Memorial Highway
First Floor
Commack, NY 11725
(631) 864-2600

August 22, 2023

Peter Kelman, Esq.
23 Second Ave, Suite 110
Waltham, MA 02451

LETTER OF ENGAGEMENT

This letter of engagement is to set forth the terms of representation.

1. Attorney shall represent client as a consultant in client's ongoing legal proceedings in Nassau County and the Second Department. Attorney is not authorized to appear on behalf of client under this engagement letter. Should client decide to retainer attorney to represent him, a separate retainer agreement shall be necessary.

2. The advance retainer shall be $1,000. Attorney's fee is based on his standard hourly rate of $450 per hour. The retainer shall be replenished from time to time as needed.

3, It is not anticipated that the total fees shall exceed $3,000 under this engagement letter.

Very truly yours,

J. Douglas Barics

_____
Peter Kelman

Monday, February 9, 2026 at 9:07:14 PM Eastern Standard Time

**Subject:** RE: Meltzer lippe - notice of entry of judgement
**Date:** Tuesday, November 7, 2023 at 6:06:19 PM Eastern Standard Time
**From:** J. Douglas Barics
**To:** peter kelman

Not needed. You don't list them in the notice of appeal. By appealing from the judgment, you automatically have the right to appeal from all interlocutory orders in your brief.

CPLR 5501(a)(1)

J. Douglas Barics
Law Office of J. Douglas Barics
(631) 864-2600
www.jdbar.com

**From:** peter kelman <pkelman@kelmanlaw.com>
**Sent:** Tuesday, November 7, 2023 6:04 PM
**To:** J. Douglas Barics <lawyer@jdbar.com>
**Cc:** Pbk Law Office <pkelman@kelmanlaw.com>
**Subject:** RE: Meltzer lippe - notice of entry of judgement

Agreed.

I will send you a list of the orders i would like list in the appeal. You will have that by Friday

Thanks.


Peter Kelman
500 Unicorn Park Drive, Suite 300
Woburn, Mass.  01801

pkelman@kelmanlaw.com
www.kelmanlaw.com

wk: (508) 314 - 0943

On Nov 7, 2023 5:49 PM, "J. Douglas Barics" <lawyer@jdbar.com> wrote:

> I can do it for a flat time rate of one hour if you like.
>
>
> J. Douglas Barics
>
> Law Office of J. Douglas Barics
>
> (631) 864-2600

www.jdbar.com

**From:** peter kelman <pkelman@kelmanlaw.com>
**Sent:** Tuesday, November 7, 2023 5:48 PM
**To:** J. Douglas Barics <lawyer@jdbar.com>
**Cc:** Pbk Law Office <pkelman@kelmanlaw.com>
**Subject:** RE: Meltzer lippe - notice of entry of judgement

Great.

So I assume that I will list multiple dates each day being the date of an order that I am now appealing. Is that correct?

Peter Kelman
500 Unicorn Park Drive, Suite 300
Woburn, Mass. 01801

pkelman@kelmanlaw.com
www.kelmanlaw.com

wk: (508) 314 - 0943

On Nov 7, 2023 5:35 PM, "J. Douglas Barics" <lawyer@jdbar.com> wrote:

> Here's all you need
>
> PLEASE TAKE NOTICE that the Plaintiff, PETER PLAINTIFF hereby appeals to the Appellate Division of the Supreme Court of the State of New York, Second Department, from each and every part of an ORDER made by the Hon. XXX J.S.C. of the Supreme Court, XXXX County dated March 29, 2022, and entered herein in the office of the Clerk of the County of XXXX on March 29, 2022

J. Douglas Barics

Law Office of J. Douglas Barics

(631) 864-2600

www.jdbar.com

---

**From:** Peter Kelman <pkelman@kelmanlaw.com>
**Sent:** Tuesday, November 7, 2023 5:32 PM
**To:** J. Douglas Barics <lawyer@jdbar.com>
**Cc:** Peter Kelman <pkelman@kelmanlaw.com>
**Subject:** Re: Meltzer lippe - notice of entry of judgement

Excellent advice.

Over the next couple of days I will draft a memo with what I want to appeal and let you tell me which of the items I should list in my notice.

Thanks.

**Peter Kelman, Esq.**

www.kelmanlaw.com

ph:   (508) 314 – 0943

500 Unicorn Park Drive, Suite 300

Woburn, MA  01801

**From:** "J. Douglas Barics" <lawyer@jdbar.com>
**Date:** Tuesday, November 7, 2023 at 5:17 PM
**To:** Pbk Office <pkelman@kelmanlaw.com>
**Subject:** RE: Meltzer lippe - notice of entry of judgement

30 days from the notice of entry. That cannot be extended except under dire circumstances, such as death of your attorney. I would not recommend that course of action.

J. Douglas Barics

Law Office of J. Douglas Barics

(631) 864-2600

www.jdbar.com

---

**From:** Peter Kelman <pkelman@kelmanlaw.com>
**Sent:** Tuesday, November 7, 2023 5:06 PM
**To:** J. Douglas Barics <lawyer@jdbar.com>
**Cc:** Peter Kelman <pkelman@kelmanlaw.com>
**Subject:** Meltzer lippe - notice of entry of judgement

**Attachments:** Notice of Entry of Judgment - 11-02-23.pdf, Screenshot 2023-11-07 at 5.05.19 PM.png

Doug,

Attached is notice of entry of judgment that was filed 11/2/23.

==So what is the timetable for filing notice of appeal?==

My motion to renew my request for reconsideration of dismissal of my counterclaim was docketed 11/2/23 as well. See attached screen snapshot.

**Peter Kelman, Esq.**

www.kelmanlaw.com

ph:   (508) 314 – 0943

500 Unicorn Park Drive, Suite 300

Woburn, MA  01801

| | |
|---|---|
| **Subject:** | FW: Notice of settlement -am I still your client |
| **Date:** | Thursday, November 16, 2023 at 9:40:11 AM Eastern Standard Time |
| **From:** | Peter Kelman |
| **To:** | J. Douglas Barics |
| **CC:** | Peter Kelman |
| **Priority:** | High |
| **Attachments:** | notice of settlement.pdf |

Doug,

I am troubled by the difficulty I have communicating with you. You don't return calls or emails. I don't think I ask much of you, but unless your communication with me is more reliable, I will be uncomfortable continuing with this. This email had a specific deadline and you did not respond to me. So I am left hanging.

You told me you would file the notice of appeal. You haven't.

Please contact me to tell me what is going on.

Are you my attorney or not?

Thank you.

**Peter Kelman, Esq.**

www.kelmanlaw.com
ph: (508) 314 – 0943

500 Unicorn Park Drive, Suite 300
Woburn, MA 01801