# PETER KELMAN, ESQ.

ATTORNEY AT LAW
500 UNICORN PARK DRIVE, SUITE 300
WOBURN, MASSACHUSETTS 01801

WWW.KELMANLAW.COM
PKELMAN@KELMANLAW.COM

PHONE: (508) 314 - 0943


***Via ECF***

August 20, 2026

Honorable Lee Dunst
United States District Magistrate
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Kelman v. Barics, et al., Docket No. : 2:25-cv-02029, Plaintiff's Response to Defendant's Motion to Withdraw Defendant's RFA #16**

Dear Magistrate Dunst:

Pursuant to your order dated August 20, 2026, regarding Defendant's Letter Motion to Withdraw Defendant's Request for Admission #16 (the "Motion"), Plaintiff states that he does not oppose Defendant's Motion.

If you would like any further commentary from Plaintiff, Plaintiff would be more than happy to elaborate.

Thank you.

Sincerely yours,

Peter Kelman

Cc: Via ECF and email
David Wood, Esq., attorney for Defendant