**PETER KELMAN, ESQ.**
ATTORNEY AT LAW
500 UNICORN PARK DRIVE, SUITE 300
WOBURN, MASSACHUSETTS 01801

WWW.KELMANLAW.COM
PKELMAN@KELMANLAW.COM
PHONE: (508) 314 - 0943

***Via ECF***

September 18, 2026

Honorable Lee Dunst
United States District Magistrate
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Kelman v. Barics, et al., Docket No. : 2:25-cv-02029, Supplemental Documents Produced**

Dear Magistrate Dunst:

In accordance with your order of September 10, 2026, part 2, Plaintiff hereby reports that he has complied with your order to further produce supplemental responsive documents. On September 17, 2026, Plaintiff served on Defendant supplemental documents in Plaintiff's custody in response to Defendant's document requests ## 9, 37 – 41. Plaintiff's supplemental documents served totaled 100 pages. This is in addition to the 1,834 pages of documents Plaintiff previously produced to Defendant.

Sincerely yours,

Peter Kelman

Cc: Via ECF and email
David Wood, Esq., attorney for Defendant